UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV-24072-Gayles/Turnoff

PALM COURT AT 23RD STREET, LTD.,
a Florida limited partnership,

Plaintiff,

v.

2901 JMH, LLC, a Delaware limited liability company, and JASON HALPERN, individually,

Defendants.
_______________________________________/

**DEFENDANTS 2901 JMH, LLC'S AND JASON HALPERN'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendants 2901 JMH, LLC ("JMH") and Jason Halpern ("Halpern") (together, "Defendants"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby state as follows:

**I. Rule 7.1(a) Disclosure Statement.**

JMH is a Delaware limited liability company. JHPSB Indian Creek Ventures Investors LLC is the sole member of JMH and is not publicly traded.

**II. Interested Parties.**

The following persons and entities have an economic interest, a potential economic interest, or purport to have an economic interest in the outcome of this case or in the entities that have an economic interest in the outcome of this case:

1. 2901 JMH, LLC;
2. Jason Halpern;
3. JHPSB Indian Creek Ventures Investors LLC;
4. JHPSB Indian Creek Ventures LLC;
5. JMH Indian Creek Development LLC;
6. PSB Collins, LLC;
7. Dhruv Piplani;
8. 295 LNP, LLC;
9. The Jason Halpern Life Insurance Trust;
10. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.;
11. Mark D. Solov, Esq.;
12. George Pincus, Esq.;
13. Matthew M. Graham, Esq.;
14. Palm Court at 23rd Street, LTD;
15. Palm Court, Inc;
16. Ronald and Donna Bloomberg;
17. Christine Ferrari;
18. Ronald and Donna Bloomberg;
19. The Law Offices of Christopher F. Zacarias, P.A.;
20. Christopher F. Zacarias, Esq;
21. Brodsky Fotiu-Wojtowicz, PLLC;
22. Benjamin H. Brodsky, Esq.

**III. <u>Reservation of Right to Amend.</u>**

Defendants reserve the right to update or amend this Corporate Disclosure Statement and Certificate of Interested Parties throughout the pendency of this case.

Dated: January 24, 2017

Respectfully submitted,

s/ Mark D. Solov

Mark D. Solov
Florida Bar No. 511676
msolov@stearnsweaver.com
Matthew M. Graham
Florida Bar No. 86764
mgraham@stearnsweaver.com
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Counsel for Defendants
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305.789.3200
Facsimile: 305.789.3395

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using CM/ECF on the 24th day of January, 2017. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Mark D. Solov
Mark D. Solov

**SERVICE LIST**

Christopher F. Zacarias
Florida Bar No. 85609
Law Offices of Christopher F. Zacarias, P.A.
Counsel for Plaintiff
5757 Blue Lagoon Drive, Suite 230
Miami, FL 33126
Telephone: 305.403.2000
Facsimile: 305.459.3964
czacarias@zacariaslaw.com
Service via CM/ECF

Benjamin H. Brodsky
Florida Bar No. 73748
Brodsky Fotiu-Wojtowicz, PLLC
Co-Counsel for Plaintiff
169 E. Flagler Street, Suite 1224
Miami, FL 33131
Telephone: 305.677.5088
Facsimile: 305.677.5089
bbrodsky@bfwlwgal.com
sandra@bfwlegal.com
docketing@bfwlegal.com
Service via CM/ECF